UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**CENTRIFUGAL ACQUISITION**
**CORPORATION, Inc., d/b/a**
**Centrifugal Castings, a Delaware corporation,**

      Plaintiff,

  -vs-

                        Case No. 09-C-327

**JEFFREY A. MOON, JM CASTING CO., LLC, a**
**Wisconsin limited liability corporation, J.**
**BENNETT MULLINAX, and NEAL PIEROTTI,**
**et al.,**

      Defendants.

---

## DECISION AND ORDER

---

The plaintiff, Centrifugal Acquisition Corporation ("CAC"), moves for an order finding Jeffrey Moon in civil contempt and for the entry of turnover orders. Moon failed to show cause as to why he should not be held in contempt for failing to turn over certain Assets and Trade Secret Related Information, terms that are defined by the Court's final order for permanent injunction, monetary, and other relief. ECF No. 309, February 15, 2013 Order. Moon is also in contempt for failing to provide financial information and evidence of income as required by this order. Accordingly, CAC's motion [ECF No. 316] is **GRANTED**. The Court will separately execute the turnover orders. CAC is also entitled to an award of its attorney fees and costs expended in seeking enforcement of this Court's orders.

Dated at Milwaukee, Wisconsin, this 7th day of June, 2013.

BY THE COURT:

_____
**HON. RUDOLPH T. RANDA**
**U.S. District Judge**